# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 17, 2011**

| CAAP–10–0000253 | State v. Soria | Affirmed |
|---|---|---|

**August 22, 2011**

| 30718 | State v. Yamahata | Affirmed |
|---|---|---|

**August 24, 2011**

| 28544 | Dempsey v. Dempsey | Affirmed |
|---|---|---|

**August 26, 2011**

| 30611 | Grindling v. State Atty. Gen. | Affirmed |
|---|---|---|
| 30533 | State v. Miller | Affirmed |

**August 29, 2011**

| 30469 | Blaisdell v. Department of Public Safety | Affirmed |
|---|---|---|
| 30460 | State v. Kaluau | Affirmed |

**August 30, 2011**

| 30302 | Iwamoto v. Hironaga | Affirmed |
|---|---|---|
| CAAP–11–0000016 | State v. Tierney | Affirmed |

**August 31, 2011**

| 30649 | A.S., In re | Affirmed |
|---|---|---|
| CAAP–100000110 | Federal Nat. Mortg. Ass'n v. Siangco | Affirmed |
| 30629 | Finnigan v. State | Affirmed |
| CAAP–11–0000010 | L.T., In re | Affirmed |
| 30585 | Martinez v. State | Affirmed |
| 30402 | Robins v. State | Affirmed |
| 30729 | S.F., In re | Affirmed |